IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MATTHEW SHIPMAN AND BRITTANY LAUDA, <br><br> *Plaintiffs,* <br><br> v. <br><br> TRAVELERS PERSONAL INSURANCE COMPANY, <br><br> *Defendant.* | § § § § § § § § § § § § § CIVIL ACTION NO. 4:22-CV-00600 <br> JURY DEMANDED |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Before the Court in the above styled and numbered cause is the parties' Stipulation of Dismissal filed January 11, 2023. By their Stipulation, the parties inform the Court that all matters in controversy have been resolved and that this case may be dismissed with prejudice, with each party bearing their own costs. Having considered the Stipulation of Dismissal, the Court makes and delivers the following ruling:

It is hereby ORDERED that this civil action, including all claims and causes of action which were or could have been asserted herein by Plaintiffs against Defendant, is in all respects dismissed with prejudice to the refiling of same, with court costs to be borne by the party incurring same.

All relief not previously granted is hereby denied.

This Order disposes of all claims among all parties and constitutes final judgment herein.

**IT IS SO ORDERED.**
 SIGNED this 13th day of January, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE